**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

EDIL CARROR,

    Petitioner,

v.                                                 CASE NO. 5:11-cv-00292-MP-CJK

MICHAEL D CREWS, et al.,

    Respondents.

_____/

**O R D E R**

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated March 22, 2013. (Doc. 20). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a de novo determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this order.
2. The petition for writ of habeas corpus (Doc. 1) challenging the judgment of conviction and sentence in *State of Florida v. Edil Carror*, Jackson County, Florida Circuit Court Case No. 06-CF-53 is DENIED, and the Clerk is directed to close the file.
3. A certificate of appealability is DENIED.

**DONE AND ORDERED** this _5th_ day of December, 2013

                                               *s/Maurice M. Paul*
                                           Maurice M. Paul, Senior District Judge